**Opinion issued October 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00495-CR

————————————

**ALEXANDER DESHANE CLAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Case No. 1554204**

---

## MEMORANDUM OPINION

Appellant, Alexander Deshane Clayton, was convicted of third-degree felony assault and sentenced to 7 years' confinement. *See* TEX. PENAL CODE 22.01(a), (b)(2). Clayton filed a notice of appeal, but before he filed his brief, he filed a motion to dismiss the appeal. The motion complies with Texas Rule of

Appellate Procedure 42.2. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. *See id.* Clayton and his attorney have both signed the motion. *See id.* The Clerk of this Court has sent a duplicate copy to the trial court clerk. *See id.* Accordingly, we grant Clayton's motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.

Do not publish.  TEX. R. APP. P. 47.2(b).